**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 339 MAL 2014
:
                Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
WAYNE PATRICK SHOWER, :
:
           Respondent :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2015, the Petition for Allowance of Appeal is

**GRANTED**. The issue, as stated by petitioner, is:

(1)    Whether the Superior Court's application of its decision Commonwealth v. Hainesworth to the instant cases impermissibly expanded the contract clause to bind the Commonwealth to collateral consequences over which the Commonwealth has no control?